# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| MONA VERNOS,                              Plaintiff,  vs.  CANYON RANCH SPA, *et al.*,                              Defendants. | 2:15-cv-00140-GMN-CWH  **ORDER** |

Plaintiff MONA VERNOS and Defendant CANYON RANCH SPA have mutually agreed to resolve this matter as against Defendant CANYON RANCH SPA, which dissolves the employment discrimination claims in this action.

Accordingly,

IT IS HEREBY ORDERED that the Early Neutral Evaluation Session scheduled for April 28, 2015 is VACATED.

DATED this 22nd day of April, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE