| | |
|---|---|
| 1 | WENDY MEDURA KRINCEK, ESQ., Bar # 6417 |
| 2 | CRYSTAL J. HERRERA, ESQ., Bar # 12396 |
|   | LITTLER MENDELSON, P.C. |
| 3 | 3960 Howard Hughes Parkway |
|   | Suite 300 |
| 4 | Las Vegas, NV  89169-5937 |
|   | Telephone:    702.862.8800 |
| 5 | Fax No.:        702.862.8811 |
| 6 | Attorneys for Defendant, |
|   | CANYON RANCH SPA |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MONA VERNOS, | Case No. 2:15-cv-00140-GMN-CWH |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AS AGAINST DEFENDANT CANYON RANCH SPA** |
| CANYON RANCH SPA, VINCENT SCOTTO and ROE Companies, 1-10, | |
| Defendants. | |

Plaintiff MONA VERNOS and Defendant CANYON RANCH SPA[1], by and through their respective attorneys of record, having mutually agreed to resolve this matter, hereby stipulate and respectfully request an order dismissing the entire action, with prejudice, as against Defendant CANYON RANCH SPA.  Further, the parties having resolved the employment discrimination claims in this action, hereby stipulate to vacate the Early Neutral Evaluation Session scheduled for April 28, 2015 at 10:40 a.m. before Magistrate Judge Ferenbach.  [Dkt. # 14].

///

///

///

---

[1] The proper name of the entity is CR Las Vegas, LLC.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

Each party shall bear its own costs and fees incurred in this dispute.

Dated: April 22, 2015

Respectfully submitted,


/s/ Mary F. Chapman
MARY F. CHAPMAN, ESQ.
LAW OFFICE OF MARY F. CHAPMAN

Attorney for Plaintiff,
MONA VERNOS

Dated: April 22, 2015

Respectfully submitted,


/s/ Crystal J. Herrera
WENDY MEDURA KRINCEK, ESQ.
CRYSTAL J. HERRERA, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant,
CANYON RANCH SPA

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court
**DATED: 04/29/2015**

2.