```
Law Office of Mary F. Chapman, Ltd.
Mary F. Chapman, Esq.
Nevada Bar No. 6591
7465 W. Lake Mead Blvd.
Suite 100
Las Vegas, Nevada 89128
(702)562-1246 Phone
(702)562-1247 Fax
maryf.chapman@juno.com
Attorney for Plaintiff
```

**UNITED STATES DISTRICT COURT**
**DISTRICT of NEVADA**

| | |
|---|---|
| MONA VERNOS, | ) |
| Plaintiff, | ) Case No. 2:15-cv-00140-GMN-CWH |
| v. | ) |
| CANYON RANCH SPA, VINCENT SCOTTO and ROE Companies 1-10, | ) **JOINT STIPULATION TO REMAND CASE TO STATE COURT** |
| Defendants. | ) |

   Plaintiff Mona Vernos, by and through her counsel of record, Mary F. Chapman, Esq., and Defendant Vincent Scotto, by and through his counsel of record, Walter Cannon, Esq., hereby stipulate and request the Court remand this case back to the Eighth Judicial District Court, Clark County, Nevada based upon the fact that no federal question now exists in this case after the dismissal of Canyon Ranch Spa.

Dated this <u>15th</u> day of June, 2015.

Respectfully submitted,

Law Office of Mary F. Chapman, Ltd.

/S/ Mary F. Chapman, Esq.
Mary F. Chapman, Esq.
7465 W. Lake Mead Blvd., Ste. 100
Las Vegas, Nevada 89128
(702)562-1246

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED:** 06/16/2015.

1 | Olson, Cannon, Gormley, Angulo & Stoberski
2 |
3 | <u>/S/ Walter Cannon, Esq.</u><br>Walter Cannon, Esq.<br>9950 West Cheyenne Ave.
4 | Las Vegas, NV 89129

THE LAW OFFICE OF MARY F. CHAPMAN, LTD
7465 W. Lake Mead Blvd.
Suite 100
Las Vegas, Nevada 89128
Ph. (702) 562-1246
Fax (702) 562-1247